**Order entered December 21, 2012**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00925-CR

**BILLY LUFTHANSA BARNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-22227-Y**

## ORDER

The Court **REINSTATES** this appeal.

On November 15, 2012, we denied court reporter Sharon Hazlewood's second request for an extension of time to file the reporter's record and ordered the trial court to make findings regarding the record. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by counsel from the Dallas County Public Defender's Office; (3) counsel timely requested the reporter's record; (4) Sharon Hazlewood is the court reporter who recorded the proceedings; (5) Ms. Hazlewood's explanation for the delay in filing the record is her workload and her mistaken belief the record was due December 21, 2012; and (6) Ms. Hazlewood should be given thirty days from the December 17, 2012 hearing to file the record.

Although she indicated she could file the record by January 17, 2013, we **ORDER** Sharon Hazlewood to file the reporter's record in this appeal by **JANUARY 21, 2013**.  Because the record is already two months overdue, no further extensions will be granted.  If the record is not filed by the date specified, the Court will order that Sharon Hazlewood not sit as a court reporter until she files the record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7, and to counsel for all parties.


/s/     DAVID L. BRIDGES
           JUSTICE